# LAW OFFICES OF DENNIS J. KELLY, P.C.
## ATTORNEY AT LAW

137 GLEN HEAD ROAD
GLEN HEAD NEW YORK 11545
Telephone: (516) 686-6768
Facsimile: (516) 686-6771

DENNIS J. KELLY, ESQ.

5 Penn Plaza, 23rd Floor
New York, New York 10001
(By Appointment Only)

December 4, 2014

**BY ECF**

Honorable Brian M. Cogan
United States District Judge, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *William Lopez v. The City of New York, et al.*, 14 Civ. 03743 (BMC)

Honorable Judge Cogan:

I am writing to the Court to explain that the exhibits were inadvertently left off the recently filed Amended Summons and Complaint. Attached please find the following exhibits:

    Exhibit A – Judge Garaufus' Memorandum and Order
    Exhibit B - Kings County District Attorney's Office Violations
    Exhibit C – New York Police Department Violations
    Exhibit D – Judge Garaufus' March 16, 2013 Memorandum and Order

We apologize for any inconvenience this may have caused the Court.

Respectfully submitted,

/S/

Dennis Kelly, Esq.
*Attorney for Plaintiff*

cc:    Patrick Beath, Esq.
    *Attorney for Defendant: The City of New York*

    Linda Donahue, Esq.
    *Attorney for Defendant: The City of New York*