UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ALICE LOPEZ, as ADMININSTRATOR of the Estate of WILLIAM LOPEZ,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK, ASSISTANT DISTRICT ATTORNEY TESS ALLEN, ASSISTANT DISTRICT ATTORNEY LENI KLAIMITZ, Individually and as Employees of the KINGS COUNTY DISTRICT ATTORNEY'S OFFICE, DETECTIVE PATRICK BOYLE, DETECTIVE PHILIP GRIMALDI, DETECTIVE PHILIP KRUDIS, and DETECTIVE W.P. BUCKLY, Individually and as Employees of the NEW YORK CITY POLICE DEPARTMENT,

                              Defendants.
------------------------------------------------------------------- x

**STIPULATION AND ORDER AMENDING CAPTION TO TERMINATE DEFENDANTS W.P. BUCKLY AND TESS ALLEN AND ADDING CRYSTAL MARTINEZ *NEE* LOPEZ AS PLAINTIFF CO-ADMINISTRATROR**

14 Civ. 3743 (BMC)

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for plaintiffs and defendants as follows:

    1.      The caption to this action should be amended to read as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ALICE LOPEZ and CRYSTAL MARTINEZ as
CO-ADMININSTRATORS of the Estate of
WILLIAM LOPEZ,                                        14 Civ. 3743 (BMC)

                              Plaintiffs,

          -against-

THE CITY OF NEW YORK, ASSISTANT DISTRICT
ATTORNEY LENI KLAIMITZ, Individually and as an
Employee of the KINGS COUNTY DISTRICT
ATTORNEY'S OFFICE, DETECTIVE PATRICK
BOYLE, DETECTIVE PHILIP GRIMALDI, and
DETECTIVE PHILIP KRUDIS, Individually and as
Employees of the NEW YORK CITY POLICE
DEPARTMENT,
                              Defendants.
------------------------------------------------------------------- x

      2.      This Stipulation and Order shall be binding upon the parties immediately upon signature and shall be submitted to the Court for entry as an Order.

      3.      This Stipulation and Order may be executed in counterparts (including by emailed .pdf or facsimile), each of which will be deemed an original, and all of which, when taken together, will be deemed the complete agreement.

| | |
|---|---|
| Dated: Glen Head, New York<br>June __, 2015 | Dated: New York, New York<br>June 11, 2015 |
| LAW OFFICES OF DENNIS J. KELLY, PC<br>*Lead Attorney for Plaintiff*<br>137 Glen Head Road<br>Glen Head, New York 11545<br>(516) 686-6768 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, Room 3-140<br>New York, New York 10007<br>(212) 356-3524 |

By: /s/ Dennis J. Kelly / Robert Kerrigan

By: /s/ Curt P. Beck
Curt P. Beck
Special Corporation Counsel

Dated: June __, 2015

Dated: June __, 2015

MICHAEL JOHN AVILES, ESQ.
*Attorney for Crystal Martinez nee Lopez*
145 Hudson Street, Suite 5(c)
New York, New York 10013
(212) 307-0023

ANTHONY GRANDINETTI
*Attorney for Plaintiff*
114 Old Country Road
Mineola, New York 11501
(516) 877-2889

By: _____
Michael J. Aviles

By: _____
Anthony Grandinetti

SO ORDERED: 6/15/15

Digitally signed by Brian M. Cogan

HONORABLE BRIAN M. COGAN
United States District Judge

By: _____  
    Dennis J. Kelly  
    Robert Kerrigan

By: _____  
    Curt P. Beck  
    Special Corporation Counsel

Dated: June __, 2015

MICHAEL JOHN AVILES, ESQ.  
*Attorney for Crystal Martinez nee Lopez*  
145 Hudson Street, Suite 5(c)  
New York, New York 10013  
(212) 307-0023

By: _____  
    Michael J. Aviles

Dated: June __, 2015

ANTHONY GRANDINETTI  
*Attorney for Plaintiff*  
114 Old Country Road  
Mineola, New York 11501  
(516) 877-2889

By: _____  
    Anthony Grandinetti

SO ORDERED:

_____  
HONORABLE BRIAN M. COGAN  
United States District Judge