UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ALICE LOPEZ and CRYSTAL MARTINEZ, as Co-Administrators of the Estate of WILLIAM LOPEZ,

**NOTICE OF MOTION**

Plaintiffs

14-CV-3743 (BMC)

- against -

THE CITY OF NEW YORK, et al.,

Defendants.

------------------------------------------------------------------------ x

PLEASE TAKE NOTICE that upon the annexed declaration of Arthur G. Larkin, Esq., dated March 18, 2016, the exhibits thereto, the memorandum of law submitted herewith, and upon all prior pleadings and proceedings had herein, defendants will move this Court, Hon. Brian M. Cogan, at the Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date to be determined by the Court, for an order pursuant to Rule 56 granting defendants summary judgment dismissing the complaint in its entirety, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
March 18, 2016

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 788-1599

By: _____/s/_____
Arthur G. Larkin (AL 9059)

TO: All Counsel (by ECF)