# LAW OFFICES OF DENNIS J. KELLY, P.C.
## ATTORNEY AT LAW
137 GLEN HEAD ROAD
GLEN HEAD NEW YORK 11545
Telephone: (516) 686-6768
Facsimile: (516) 686-6771

DENNIS J. KELLY, ESQ.
ROBERT KERRIGAN, ESQ.

5 Penn Plaza, 23rd Floor
New York, New York 10001
(By Appointment Only)

September 23, 2016

**VIA ECF**
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Lopez v. City of New York, et al.**
      **14-cv-3743 (BMC)**

Your Honor:

We write with the consent of the defendant to inform the Court that the parties in the above captioned case have reached an agreement to settle the matter for $8.25 million, should the Court approve. All parties would like to thank the Court for the considerations extended throughout.

Respectfully submitted,

LAW OFFICES OF DENNIS J. KELLY. P.C.

Dennis J. Kelly, Esq.